UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

SANDRA CLINE, and MARK PERRY,                )
                                              )
                        Plaintiffs,           )
                                              )        **JUDGMENT IN A**
v.                                            )        **CIVIL CASE**
                                              )        **CASE NO. 7:22-CV-141-D-RN**
UNITED STATES OF AMERICA,                     )
                                              )
                        Defendant.            )


**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES WITHOUT
PREJUDICE plaintiffs' complaint for failure to exhaust administrative remedies under
section 804(h) of the Camp Lejeune Justice Act.


**This Judgment Filed and Entered on December 20, 2022, and Copies To:**

Eric W. Flynn                                      (via CM/ECF electronic notification)

Frederick Gaston Hall                              (via CM/ECF electronic notification)

John A. Bain                                       (via CM/ECF electronic notification)


DATE:                                              PETER A. MOORE, JR., CLERK

December 20, 2022                                  (By)  /s/ Nicole Sellers

                                                   Deputy Clerk